# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700290

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSHUA B. HAYGOOD
Hospital Corpsman Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air
Station, Jacksonville FL.
Staff Judge Advocate's Recommendation: Commander G.W. Lucier,
JAGC, USN.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 February 2018

_____

Before MARKS, JONES, and WOODARD, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court